PETER LIBRIZZI, Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 22289.)

(Argued June 10, 1935; decided July 11, 1935.)

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* of counsel), for appellant.

*Maurice Brandt* and *Victor Levin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.